## 14523.　HOBGOOD v. THE STATE.

BROYLES, C. J.　The motion for a new trial contained only the usual general grounds; the verdict was authorized by the evidence, and the court did not err in refusing to grant a new trial.

　　　　　*Judgment affirmed.　Luke and Bloodworth, JJ., concur.*
　　　　　　　　　DECIDED JUNE 12, 1923.

Accusation of adultery; from city court of Cartersville — Judge Townsend.　March 12, 1923.

*M. B. Eubanks,* for plaintiff in error.

*J. M. Neel Jr., solicitor,* contra.

## 14534.　HARRELL v. THE STATE.

LUKE, J.　The defendant was convicted of receiving stolen property. There was evidence to authorize his conviction, and the conviction has the approval of the trial judge.　The special grounds of the motion for a new trial are without merit.

　　　　*Judgment affirmed.　Broyles, C. J., and Bloodworth, J., concur.*
　　　　　　　　　DECIDED JUNE 12, 1923.

Indictment for receiving stolen goods; from city court of Miller county — Judge Geer.　March 31, 1923.

*Jesse A. Drake, Lowrey Stone,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.

## 14535.　HIXON v. THE STATE.

BLOODWORTH, J.　The motion for a new trial contains the usual general grounds only.　The evidence demanded the verdict.

　　　　*Judgment affirmed.　Broyles, C. J., and Luke, J., concur.*
　　　　　　　　　DECIDED JUNE 12, 1923.

Accusation of possessing liquor; from city court of Miller county — Judge Geer.　March 31, 1923.

*Jesse A. Drake, Lowrey Stone,* for plaintiff in error.

*P. D. Rich, solicitor,* contra.